IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY<br><br>*Plaintiff,*<br><br>v.<br><br>LIGHT UP THE SKY d/b/a SPORTING CLUB HOUSTON; EDWARD WIELENGA, INDIVIDUALLY AND a/n/f OF A.W., A MINOR AND JANNETT WIELENGA INDIVIDUALLY, a/n/f/ OF A.W., A MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF MICHAEL WIELENGA, DECEASED<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-03555 |

### ASPEN SPECIALTY INSURANCE COMPANY'S
### NOTICE OF DISMISSAL

COMES NOW Plaintiff, Aspen Specialty Insurance Company and, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i), files this notice of dismissal and respectfully shows this Honorable Court the following:

Plaintiff filed its Original Complaint on September 20, 2023. No defendant has been served, and no defendant has served Plaintiff with an answer or a motion for summary judgment. Plaintiff has not previously dismissed any federal or state court action based on or including the claims in this lawsuit. Plaintiff's voluntary dismissal of this lawsuit is without prejudice to re-filing. Fed. R. Civ. P. 41 (a) (1) (A) (i).

Respectfully submitted,

**BROWN SIMS, P.C.**

_____
David Clay Wilkerson
Texas Bar No. 24010480
Federal ID No. 24138
*cwilkerson@brownsims.com*
Michael D. Williams
Texas Bar No. 21564330
Federal ID No. 6982
*mwilliams@brownsims.com*
Charles M. Kibler, Jr.
Texas Bar No. 24036900
Federal ID No. 3008441
*cmkibler@brownsims.com*
1990 Post Oak Boulevard
Suite 1800
Houston, Texas 77056
713.629.1580
713.629.5027 (facsimile)

**COUNSEL FOR ASPEN SPECIALTY INSURANCE COMPANY**