United States District Court
Southern District of Texas
**ENTERED**
December 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § § § | CIVIL ACTION NO. H-23-3555 |
| LIGHT UP THE SKY d/b/a SPORTING CLUB HOUSTON, EDWARD WIELENGA, and JANNETT WIELENGA, | § § § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Dismissal, pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is

ORDERED that this matter is DISMISSED without prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on December 14, 2023.

Ewing Werlein, Jr.
United States District Judge